1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STIFEL, NICOLAUS & COMPANY, INC., | Case No.: 19cv515-MMA (WVG) |
| Plaintiff in Interpleader, | **ORDER RE: STATUS REPORT** |
| v. | |
| PATRICIA ANN COHAN, individually and as personal representative of the Estate of Jeffrey Lee Cohan; JEFFREY JOHN COHAN; TINA MICHELLE KIN; and CHERYL LEE COHAN, | |
| Defendants in Interpleader. | |

On March 19, 2019, Plaintiff Stifel, Nicolaus & Company, Inc. ("Stifel") filed this civil action of interpleader pursuant to 28 U.S.C. § 1335 against Defendants Patricia Ann Cohan ("Patricia"), Jeffrey John Cohan ("Jeffrey"), Tina Michelle Kin ("Tina"), and Cheryl Lee Cohan ("Cheryl"). *See* Doc. No. 1. On April 22, 2019, the Court granted the parties' joint motion to award Patricia the Account at issue, and all assets therein. *See* Doc. No. 4. The Court further ordered that following relinquishment of the Account to Patricia, the case shall be dismissed upon application of Stifel, with prejudice and without an award of any attorney's fees or costs to any party. *See id.* at 2. It has been more than

six months since the Court issued its order and Stifel has not filed a motion to dismiss. Accordingly, the Court **ORDERS** the parties to file a report regarding the status of the relinquishment of the Account to Patricia on or before **December 6, 2019**.

      **IT IS SO ORDERED.**

Dated: November 20, 2019

HON. MICHAEL M. ANELLO
United States District Judge