# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STIFEL, NICOLAUS & COMPANY, INC., <br><br> Plaintiff in Interpleader, <br><br> v. <br><br> PATRICIA ANN COHAN, individually and as personal representative of the Estate of Jeffrey Lee Cohan; JEFFREY JOHN COHAN; TINA MICHELLE KIN; and CHERYL LEE COHAN, <br><br> Defendants in Interpleader. | Case No.: 19cv515-MMA (WVG) <br><br> **ORDER GRANTING PLAINTIFF IN INTERPLEADER'S MOTION TO DISMISS ACTION WITH PREJUDICE** <br><br> [Doc. No. 6] |

On December 2, 2019, Plaintiff in Interpleader Stifel, Nicolaus & Company, Inc. ("Stifel") filed a status report indicating that all assets from the Account at issue have been transferred to Patricia Ann Cohan pursuant to the parties' stipulation. *See* Doc. No. 6. As such, Stifel requests that the Court dismiss this action with prejudice. *See id.* Upon due consideration, good cause appearing, the Court **GRANTS** Stifel's motion and **DISMISSES** this action **with prejudice**. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Each party must bear its own costs and attorney's fees. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: December 2, 2019

HON. MICHAEL M. ANELLO
United States District Judge

-1-  19cv515-MMA (WVG)